IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Edward D

Printed: 11/13/07

Case Number: 07 B 14119
Judge: Wedoff, Eugene R
Filed: 8/7/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: September 27, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 5. | Dovenmuehle Mortgage | Secured | 0.00 | 0.00 |
| 6. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 7. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 8. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 9. | US Bank Corp | Secured | 0.00 | 0.00 |
| 10. | Deutsche Bank National | Secured | 0.00 | 0.00 |
| 11. | Dovenmuehle Mortgage | Secured | 0.00 | 0.00 |
| 12. | Chase Home Finance | Secured | 14,400.00 | 0.00 |
| 13. | Deutsche Bank National | Secured | 30,454.41 | 0.00 |
| 14. | US Bank Corp | Secured | 22,057.61 | 0.00 |
| 15. | Chase Home Finance | Secured | 30,000.00 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Priority | 1,035.11 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Priority | 908.61 | 0.00 |
| 18. | Chase Home Finance | Unsecured | 0.00 | 0.00 |
| 19. | Discover Financial Services | Unsecured | 319.83 | 0.00 |
| 20. | American Express Centurion | Unsecured | 2,522.13 | 0.00 |
| 21. | Wynn Hotel & Casino | Unsecured | 0.00 | 0.00 |
| 22. | American Express Centurion | Unsecured | 5,037.73 | 0.00 |
| 23. | Peoples Energy Corp | Unsecured | 196.01 | 0.00 |
| 24. | New Century Mortgage | Secured |  | No Claim Filed |
| 25. | New Century Mortgage | Secured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Johnson, Edward D | Case Number: 07 B 14119 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 11/13/07 | Filed: 8/7/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Jacqueline Davis | Unsecured | | No Claim Filed |
| 27. | Chase | Unsecured | | No Claim Filed |
| 28. | Baker Miller Markoff & Krasny LLC | Unsecured | | No Claim Filed |
| 29. | Goldman & Grant | Unsecured | | No Claim Filed |
| 30. | American Express | Unsecured | | No Claim Filed |
| 31. | Talan & Ktanes | Unsecured | | No Claim Filed |
| 32. | DaimlerChrysler Servs North America | Unsecured | | No Claim Filed |

$ 106,931.44                         $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate            Total Fees

_____

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_